IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>DEMITRIUS ALSTON,<br><br>    Defendant. | **8:20CR83**<br><br>ORDER |

The court, having granted Motion to Withdraw as Counsel (Filing No. 328), finds that the above-named defendant is eligible for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. §3006A, and Amended Criminal Justice Act Plan for the District of Nebraska.

**IT IS ORDERED** that Jerry M. Hug, 209 South 19th Street, Suite 340, Omaha, NE 68102, (402) 614-6160, is appointed to represent Demitrius Alston for the balance of these proceedings pursuant to the Criminal Justice Act. Clarence E. Mock, III shall forthwith provide Jerry M. Hug any discovery materials provided to the defendant by the government and any such other materials obtained by Clarence E. Mock, III which are material to Demitrius Alston's defense.

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order to the Federal Public Defender for the District of Nebraska and Jerry M. Hug.

DATED this 31st day of January, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge